IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GRANT LAVELL NUNN,
    Petitioner,

vs.                                                         Case No.: 3:12cv168/RV/EMT

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Petitioner commenced this action by filing a habeas petition under 28 U.S.C. § 2254 (doc. 1). Petitioner failed to fully complete the court-approved petition form; therefore, the court directed him to file an amended petition (doc. 11). Petitioner filed an amended petition, but it was not on the court-approved form, it did not substantially comply with the requirements of the form, and it exceeded the page limit set forth in the Local Rules by 100 pages (*see* doc. 18). Therefore, the court entered an order requiring Petitioner to file a second amended petition (doc. 24). Petitioner failed to comply with the order; thus, on November 25, 2013, the court issued an order requiring Petitioner to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 27). The time for compliance with the show cause order has now elapsed with no response from Petitioner, and he has not filed a second amended petition.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this 3rd day of January 2014.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**